December 5, 2015

Dear CGMGS:

As many of you may be aware, the Agency has been dealing with financial challenges. Over the last several weeks, we have been carrying out good faith negotiations with our senior lender to attempt to obtain relief from these challenges and we believed we were close to an acceptable resolution with the lender. To our surprise and dismay however, the lender took hostile actions against CGMGS and froze our bank accounts earlier this week. While we have since been attempting to obtain relief from the lender, including negotiations as late as today, the lender has simply refused to release our funds so that we can keep our business going.

It is therefore with deep regret and heavy heart that we have to inform you that without access to funds, we are no longer able to operate our business. Your employment will therefore terminate effective today, December 5, 2015. While the Worker Adjustment and Retraining Act of 1988 may require advance notice of your permanent layoff, the unforeseeable circumstances of the lender's actions and our faltering business circumstances that necessitated our good faith efforts to actively secure capital to prevent closing the Agency, did not afford us an opportunity to provide such advance notice.

On Monday, we ask that you please collect your personal belongings. If you are not able to go to the office, please contact Lena Economos or Lulu Cepero to make arrangements for collecting these personal items. On behalf of all the management team, we greatly appreciate everyone's commitment and hard work. This is a sad day for CGMGS and words can never express our appreciation for the dedication and commitment that each of you had in building this new Agency.

We know you will have many questions. A FAQ sheet will be emailed separately, as we are gathering information real-time ourselves. You may also contact Lena Economos or Lulu Cepero for additional information.

Sincerely,

PCH Communications, LLC


EXHIBIT 1

1