UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-24561-CIV-WILLIAMS

JORGE ESPINOSA, et al.

    Plaintiff,

vs.

PCH COMMUNICATIONS, LLC d/b/a
Commonground/MGS, et al.

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' notice of voluntary dismissal without prejudice. (DE 68). Upon review of the notice and the record, Defendants David Panton, Jason Lajoie, Sherman Wright, and Ahmad Islam are **DISMISSED**. Defendants Jason Lajoie and David Panton's motion to dismiss for lack of personal jurisdiction and improper venue (DE 51) is **DENIED AS MOOT**. Defendants Ahmad Islam and Sherman Wright's motion to dismiss for lack of personal jurisdiction and to sever claims (DE 49) and motion to stay litigation against Islam and Wright (DE 53) are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12th day of July, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE